UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandeep KUMAR,<br><br>                              Petitioner,<br><br>v.<br><br>Sergio ALBARRAN, et al.,<br><br>                              Respondents. | Case No.:  26-cv-2096-AGS-VET<br><br>**ORDER GRANTING HABEAS PETITION AND ORDERING BOND HEARING** |

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents "do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 10, at 1–2.) Accordingly, the habeas petition is **GRANTED**, and all hearings and pending deadlines are vacated.

Respondents must provide petitioner with a bond hearing before an immigration judge by **April 28, 2026**.

Dated:  April 14, 2026

_____
Hon. Andrew G. Schopler
United States District Judge